UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SPARKS,<br>Plaintiff,<br>v.<br>CITY OF TURLOCK, *et al.*,<br>Defendants. | Case No. 2:25-cv-1298-DAD-JDP (PS)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING SECOND AMENDED COMPLAINT WITHOUT FURTHER LEAVE TO AMEND</u><br><br>(Doc. No. 8) |

Plaintiff initiated this civil right action by filing a complaint on May 6, 2025, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) On May 16, 2025, the assigned magistrate judge screened that complaint, found it to be deficient and directed plaintiff to file an amended complaint addressing the noted deficiencies within thirty days. (Doc. No. 4.) On June 16, 2025, plaintiff filed her first amended complaint. (Doc. No. 5.) On June 23, 2025, the magistrate judge screened the first amended complaint, again found it to be deficient because it appeared to assert claims stemming from events that purportedly occurred in 2012 and was therefore barred by the applicable statute of limitations, and directed plaintiff to file a second amended complaint addressing the noted deficiencies within thirty days. (Doc. No. 6.) On July 21, 2025, plaintiff filed her operative second amended complaint. (Doc. No. 7.) On July 31, 2025, the magistrate judge issued the pending findings and recommendations recommending dismissal of this action because plaintiff had failed to state any cognizable federal claim and even if cognizable federal

claim were asserted it was time-barred. (Doc. No. 8 at 2–7.) It was also recommended that further leave to amend be denied as futile in light of plaintiff having been provided two opportunities to cure the noted pleading deficiencies and having failed to do so. (*Id.* at 6.) Finally, it was recommended that the court decline to exercise jurisdiction over plaintiff's remaining state law claims. (*Id.* at 5–6.)

Those findings and recommendations were served on plaintiff at her address of record and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days of service. (*Id.* at 6.) Plaintiff has not filed any objections, or otherwise communicated, with the court and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued July 31, 2025 (Doc. No. 8), are ADOPTED;
2. Plaintiff's second amended complaint's federal claims are DISMISSED without leave to amend;
3. The court declines to exercise supplemental jurisdiction over plaintiff's state law claims; and
4. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: **October 14, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE